

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2025

No. 04-25-00631-CV

**IN RE SNAP INSURANCE SERVICE, LLC**

Original Proceeding[1]

**ORDER**

Sitting:      Irene Rios, Justice
              Adrian A. Spears II, Justice
              H. Todd McCray, Justice

Relator filed an amended petition for writ of mandamus on October 21, 2025. Relator subsequently sent correspondence to this court requesting to withdraw its petition for writ of mandamus. The petition for writ of mandamus is **DISMISSED**.

It is so **ORDERED** on December 3, 2025.

H. Todd McCray, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of December, 2025.

Caitlin A. McCamish, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2024CI20935, styled *Alan Keith Jackel v. Jorge Trevino*, pending in the 57th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.